**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARION KILER, individually and as the representative of a class of similarly situated persons,<br><br>　　　　Plaintiff,<br><br>– against –<br><br>PADDI MURPHY CORPORATION d/b/a Softies,<br><br>　　　　Defendants. | ECF Case<br><br>1:19-cv-6812-FB-PK<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

　　　　**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Marion Kiler and defendant Paddi Murphy Corporation (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

　　　　**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

　　　　**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

　　　　**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

　　　　**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: Brooklyn, New York
       February 14, 2020

| | |
|---|---|
| SHAKED LAW GROUP, P.C. | BECKAGE, PLLC |
| By: /s/Dan Shaked | By: /s/Jennifer A. Beckage |
| Dan Shaked, Esq. | Jennifer A. Beckage, Esq. |
| 14 Harwood Court, Suite 415 | 420 Main Street, Suite 1110 |
| Scarsdale, NY 10583 | Buffalo, NY 14202 |
| Telephone: (917) 373-9128 | Telephone: (716) 898-2102 |
| Email: shakedlawgroup@gmail.com | Email: jbeckage@beckage.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:** /S/ Frederic Block   2/18/2020

ACTIVE\53784909.v1